Benjamin Heikali (SBN 307466)
*bheikali@faruqilaw.com*
Joshua Nassir (SBN 318344)
*jnassir@faruqilaw.com*
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

Michael R. Reese (State Bar No. 206773)
*mreese@reesellp.com*
Sue J. Nam (State Bar No. 206729)
*snam@reesellp.com*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

George V. Granade (State Bar No. 316050)
*ggranade@reesellp.com*
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272

*Counsel for Plaintiff Dennis Culver
and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS CULVER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER UNITED STATES, INC.,<br><br>Defendant. | Case No.: 2:19-cv-09263-GW-RAO<br><br>**NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Plaintiff Dennis Culver ("Plaintiff") appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's June 14, 2021 Final Ruling On Defendant Unilever United States, Inc.'s Motion To Dismiss First Amended Complaint (ECF No. 54), which dismissed all of Plaintiff's claims, with prejudice, against Defendant Unilever United States, Inc. ("Defendant"). Plaintiff further appeals the District Court's January 21, 2021 Final Rulings on: (1) Motion to Dismiss and (2) Motion to Strike or alternatively be Given Leave to File a Sur-Reply (ECF No. 36), in which the Court granted Defendant's Motion to Dismiss without prejudice.

Plaintiff's Representation Statement is attached to this Notice as required by 9th Cir. R. 3-2(b) and F.R.A.P. 12(b).

Dated: July 12, 2021

**FARUQI & FARUQI, LLP**

By: */s/ Benjamin Heikali*
Benjamin Heikali (SBN 307466)
*bheikali@faruqilaw.com*
Joshua Nassir (SBN 318344)
*jnassir@faruqilaw.com*
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

**REESE LLP**
Michael R. Reese (SBN 206773)
*mreese@reesellp.com*
Sue J. Nam (SBN 206729)
*snam@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**REESE LLP**
George V. Granade (SBN 316050)
*ggranade@reesellp.com*

8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272

*Counsel for Plaintiff Dennis Culver and the Proposed Class*

# REPRESENTATION STATEMENT

The undersigned represent Plaintiff Dennis Culver ("Plaintiff"). Attached is a service list that shows all parties to the action and identifies their counsel by name, firm, address, email, and telephone numbers. *See* 9th Cir. R. 12-2; 9th Cir. R. 3-2(b); F.R.A.P 12(b).

Dated: July 12, 2021     **FARUQI & FARUQI, LLP**

By: */s/Benjamin Heikali*
Benjamin Heikali (SBN 307466)
*bheikali@faruqilaw.com*
Joshua Nassir (SBN 318344)
*jnassir@faruqilaw.com*
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

**REESE LLP**
Michael R. Reese (SBN 206773)
*mreese@reesellp.com*
Sue J. Nam (SBN 206729)
*snam@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**REESE LLP**
George V. Granade (SBN 316050)
*ggranade@reesellp.com*
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272

*Counsel for Plaintiff Dennis Culver and the Proposed Class*

## SERVICE LIST OF REPRESENTATION STATEMENT

**Plaintiff and Appellant:**
Dennis Culver

**Counsel for Plaintiff and Appellant:**
Benjamin Heikali (SBN 307466)
*bheikali@faruqilaw.com*
Joshua Nassir (SBN 318344)
*jnassir@faruqilaw.com*
FARUQI & FARUQI, LLP
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

Michael R. Reese (SBN 206773)
*mreese@reesellp.com*
Sue J. Nam (SBN 206729)
*snam@reesellp.com*
REESE LLP
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

George V. Granade (SBN 316050)
*ggranade@reesellp.com*
REESE LLP
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272

**Defendant and Appellee:**
Unilever United States, Inc.

**Counsel for Defendant and Appellee:**
Claudia M. Vetesi (SBN 233485)

1 | *CVetesi@mofo.com*
Spencer McManus (SBN 322824)
2 | *SMcManus@mofo.com*
3 | MORRISON & FOERSTER LLP
425 Market Street
4 | San Francisco, California 94105-2482
5 | Telephone: (415) 268-7000
Facsimile: (415) 268-7522
6 |
7 | Megan L. Whipp (SBN 319182)
*MWhipp@mofo.com*
8 | MORRISON & FOERSTER LLP
707 Wilshire Boulevard
9 | Los Angeles, California 90017-3543
10 | Telephone: (213) 892-5200
Facsimile: (213) 892-5454
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

# CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2021, a copy of the foregoing Notice of Appeal and Representation Statement has been electronically filed via the Court's ECF system.

Dated: July 12, 2021

**FARUQI & FARUQI, LLP**

By: */s/Benjamin Heikali*
Benjamin Heikali (SBN 307466)
*bheikali@faruqilaw.com*
Joshua Nassir (SBN 318344)
*jnassir@faruqilaw.com*
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885