UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 29 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DENNIS CULVER, individually and on behalf of all others similarly situated,

        Plaintiff-Appellant,

 v.

UNILEVER UNITED STATES, INC.,

        Defendant-Appellee.

No. 21-55732

D.C. No. 2:19-cv-09263-GW-RAO
Central District of California,
Los Angeles

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 15), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). As stated in the stipulated motion, each side shall bear its own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Robert S. Kaiser
Circuit Mediator